**Karen Romeo Rothman**
**Official Reporter**
**400th District Court**
**301 Jackson**
**Richmond, Texas 77469**
**281.341.4421**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/14/2015 5:04:39 PM

CHRISTOPHER A. PRINE
Clerk

July 14, 2015

Mr. Christopher A. Prine, Clerk
Court of Appeals – Fourteenth District
301 Fannin, Room 245
Houston, Texas 77002

Re:     Appeal Court No. 14-15-00505-CV
        Trial Court Case Number: 15-DCV-222803

Style: Uwakwe C. Oko and Victoria I. Oko
              v.
        Tony Ali, Junior Properties and Everbank

Dear Mr. Prine:

As advised in my previous letter of July 1, 2015, a hearing was to be held on July 13, 2015 in the 400th District Court courtroom in connection with the Plaintiffs' affidavits of inability to pay costs for their appeal. Plaintiffs/Appellants were duly notified by certified mail of the hearing and failed to appear. As a result, Judge Jaramillo granted the contest I filed to their affidavits.

I have not received any order for the appellate record nor have any payment arrangements been made.

Very truly yours,

Karen Romeo Rothman